*E-Filed on:* 10/9/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. HARPER,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICIA V. TRUMBULL,<br><br>        Defendant. | No. C-07-04191 RMW<br><br>JUDGMENT |

On August 28, 2007, the court issued its order denying plaintiff's application to proceed *in forma pauperis* and requiring plaintiff to pay the filing fee by October 1, 2007.  Plaintiff failed to do so and did not show good cause for his failure to do so.  Therefore,

IT IS HEREBY ORDERED that judgment of dismissal is entered and plaintiff is entitled to no relief by way of his complaint.

DATED:      10/9/07

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—C-07-04191 RMW
MAG

1 **Notice of this document has been sent to:**

2 **Plaintiff:**

3 Paul A. Harper
P.O. Box 32621
4 Long Beach, CA 90832
PRO SE

5 **Defendant:**

6 No appearance

9 **Dated:** _____10/9/07_____          _____/s/ MAG_____
**Chambers of Judge Whyte**

JUDGMENT—C-07-04191 RMW
MAG                                    2