E-Filed on: 10/10/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL A. HARPER,<br><br>      Plaintiff,<br><br>    v.<br><br>PATRICIA V. TRUMBULL,<br><br>      Defendant. | No. C-07-04191 RMW<br><br>ORDER DENYING PLAINTIFF'S APPLICATION FOR EMERGENCY PROTECTIVE ORDER |

On October 5, 2007, plaintiff filed a form titled "Application for Emergency Protective Order" in the above-captioned case. The form filed by plaintiff is a state court form, which has no application in federal court, and in any event, the application has no merit. There is absolutely no evidence that Judge Trumbull has stalked plaintiff or committed any type of financial abuse. Further, the court has now entered a judgment of dismissal of this case for failure to pay the filing fee.

DATED:     10/10/07                              *Ronald M Whyte*
                                                                   RONALD M. WHYTE
                                                                   United States District Judge

ORDER DENYING PLAINTIFF'S APPLICATION FOR EMERGENCY PROTECTIVE ORDER—C-07-04191 RMW
MAG

**Notice of this document has been sent to:**

**Plaintiff:**

Paul A. Harper
P.O. Box 32621
Long Beach, CA 90832
PRO SE

**Defendant:**

No appearance

**Dated:**     10/10/07                         /s/ MAG
                                        **Chambers of Judge Whyte**